# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ANDERSON, | Case No.: 2:07-01117-RCJ-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| LENARD VARE et al., | |
| Defendants. | |

Before the Court is Plaintiff Richard Anderson's Motion for Default Judgment (#44). Plaintiff sought default judgment due to Defendants' failure to file an answer in this case. Defendants' Motion to Dismiss and Motion for Summary Judgment were filed before Defendants' answer was due. The Court granted the Motion for Summary Judgment disposing of all claims in this case. (*See* June 11, 2008 Order, #29; April 1, 2010 Order, #52; July 14, 2010 Order, #57). Accordingly, Plaintiff's motion is moot.

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment (#44) is DENIED.

DATED this 23rd day of July, 2010.

_____
Gloria M. Navarro
United States District Judge